```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 07 B 21759
   DALE RICHARD DUFAY
   LINDA LEONA DUFAY                                CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8293    SSN XXX-XX-6243

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/19/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 12/07/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------

STEVEN A LEAHY          DEBTOR ATTY         .00                             .00
TOM VAUGHN              TRUSTEE                                             .00
DEBTOR REFUND           REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------      --------------
TOTALS                       .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/04/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```